Case No. 12-4402

# UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

## ORDER

EASTOVER MINING COMPANY,
c/o Duke Power Company

    Petitioner

v.

DOROTHY E. BEVERLY, Widow of James Beverly;
DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS

    Respondents

BEFORE:  Siler and Stranch, Circuit Judges; COHN, District Judge.*

Upon consideration of the respondent, Dorothy E. Beverly's motion for attorney's fees,

It is therefore ORDERED that the motion be and it hereby is GRANTED.

**ENTERED BY ORDER OF THE COURT**
Deborah S. Hunt, Clerk

Issued: July 17, 2014

---

*The Honorable Avern Cohn, Senior United States District Judge for the Eastern District of Michigan, sitting by designation.